# United States District Court

## DISTRICT OF _OREGON_

UNITED STATES OF AMERICA

**V.**

Timothy Thayne

(Name and Address of Defendant)

### CRIMINAL COMPLAINT

CASE NUMBER: _05- MJ- 476_

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _August 30, 2005_ in _Multnomah_ county, in the

District of _Oregon_ defendant(s) did, (Track Statutory Language of Offense)

using a facility or means of interstate commerce, knowingly persuade, induce, entice or coerce an idividual who has not attained the age of 18 years, to engage in any sexual activity for which defendant can be charged with a criminal offense.

in violation of Title _18_ United States Code, Section(s) _2422(b)_ .

I further state that I am a(n) _Special Agent with the Federal Bureau of Invesitgation_
Official Title

and that this complaint is based on the following facts:

See attached affidavit, incorporated herein.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_August 31, 2005_ at _____ Portland, Oregon
Date                                                       City and State

Hon. Donald C. Ashmanskas
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

**AFFIDAVIT**

I, Joel D. Brillhart, being first duly sworn, depose and state:

I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since January 5, 1987. I am currently assigned to the Portland Division of the FBI where I investigate computer crimes. I have received extensive training in the investigation of computer, telecommunications, and other technology crimes. Since September, 2002, I have been involved in the investigation of matters involving the sexual exploitation of children, to include the online sexual exploitation of children, particularly as it relates to violations of Title 18, United States Code, § 2422(b). I have made arrests and conducted searches pertaining to these types of investigations. I am a part of the Portland Innocent Images National Initiative (IINI) Undercover Operation Task Force, which includes other FBI Service Special Agents and a Detective from the Hillsboro Police Department. IINI is an intelligence-driven, proactive, multi-agency investigative initiative to combat the proliferation of child pornography/child sexual exploitation facilitated by an online computer. As a member of this Task Force, I have received training and certification at the FBI Calverton Resident Agency in areas related to online computer crime investigation involving child pornography and other aspects of child exploitation.

The statements contained in this Affidavit are based on my experience and background as a Special Agent, and on information provided by other agents of the FBI, and other law enforcement officers. I have not set forth every fact resulting from the investigation, rather, I have set for a summary of the investigation to date in order to establish probable cause to charge Timothy Thayne (Thayne) a/k/a Yahoo! screen name "fdsgi7" with using a means of interstate

commerce to attempt or persuade, induce, entice or coerce a minor to engage in sexual activity in violation of Title 18, United States Code, Section 2422(b).

Oregon Revised Statute 163.355 provides that a person who has sexual intercourse with another person commits the crime of rape in the third degree if the other person is under 16 years of age. Rape in the third degree is a Class C felony. Oregon Revised Statute 163.305 definition of "sexual intercourse" states "has its ordinary meaning and occurs upon any penetration, however slight; emission is not required."

Oregon Revised Statute 163.385 provides that a person who engages in deviate sexual intercourse with another person or causes another to engage in deviate sexual intercourse commits the crime of sodomy in the second degree if the other person is under 16 years of age. Sodomy in the second degree is a Class C felony. Oregon Revised Statute 163.305 definition of "Deviate Sexual Intercourse" means sexual conduct between persons consisting of contact between the sex organs of one person and the mouth or anus of another.

Oregon Revised Statute 163.415 provides that a person commits the crime of sexual abuse in the third degree if the person subjects another person to sexual contact and the victim does not consent to the sexual contact; or the victim is incapable of consent by reason of being under 18 years of age. Sex abuse in the third degree is a Class A misdemeanor. Oregon Revised Statute 163.305 definition of "Sexual Contact" means any touching of the sexual or other intimate parts of a person or causing such persons to touch the sexual or other intimate parts of the actor for the purpose of arousing or gratifying the sexual desire of either party.

Oregon Revised Statute 161.405 provides that a person is guilty of an attempt to commit a crime when the person intentionally engages in conduct which constitutes a substantial

step toward commission of the crime. An attempt is a Class A misdemeanor if the offense attempted is a Class C felony. An attempt is a Class B misdemeanor if the offense attempted is a Class A misdemeanor.

For the reasons set forth below, your affiant contends that this affidavit contains probable cause to believe that THAYNE has used a means of interstate commerce, namely the Internet, to attempt to or knowingly persuade, induce, entice or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense. In this case, the applicable sexual activity your affiant believes THAYNE proposed to carry out with an individual who he believed to be a 14 year old minor female, included, but is not limited to, digital penetration, oral sex, and vaginal intercourse.

## YAHOO! CHAT

Yahoo!, is a commercial Internet Service Provider (ISP) that offers subscribers access to electronic bulletin boards which can be read and responded to by other subscribers, known as "chat." "Chat" is real-time type-written conversation between people, much like a verbal conversation. Yahoo! also provides electronic mail (E-mail) service, enabling subscribers to communicate by computer similar to writing letters and sending through normal mail. Each subscriber can communicate with other Yahoo! users either in real-time through either chat rooms, private chat rooms or instant messages, if the other subscriber is also online, or via E-mail. Within the system, text messages and graphic images (such as photographs) can be sent to a subscriber, or to any person with an Internet E-mail address. Both text and graphics files can be saved to the computer disk drive for access and printing at any time.

# OVERVIEW OF INVESTIGATION

The information provided in this affidavit is the summation of an investigation

conducted by affiant, acting in an undercover capacity (UCA) on the Yahoo! system, and using a

computer in Portland, Oregon. All communications via computer made during this investigation

were with an individual identified as TIMOTHY THAYNE (THAYNE) using the Yahoo! screen

name "Fdsgi7." All conversations between the UCA and "Fdsgi7" were by contact through

instant messages and E-mail messages on Yahoo!. These conversations took place during the

period of July 11, 2005 through August 30, 2005.

On July 11, 2005, at approximately 8:06am, affiant was logged on Yahoo! posing as a

14-year old female, from Portland, Oregon. While she was logged on and had entered a chat

room entitled "Oregon1," the screen name Fdsgi7 contacted her using an instant message. It

should be noted that Yahoo! archiving cut off the first line of the chat showing Fsgi7 contacting

affiant. The following is a verbatim transcript of the instant message conversation:

```
UCA (8:06:19 AM): hi
fdsgi7 (8:06:40 AM): whats your age?
UCA (8:06:56 AM): 14
UCA (8:06:57 AM): u
fdsgi7 (8:07:05 AM): 20
fdsgi7 (8:07:17 AM): what do u look like?
UCA (8:08:19 AM): im 5.2 105 blond and blu eys
fdsgi7 (8:08:32 AM): sounds nice
fdsgi7 (8:08:41 AM): u have a b/f?
UCA (8:08:49 AM): naw
fdsgi7 (8:08:58 AM): awwww
fdsgi7 (8:09:07 AM): u looking for one?
UCA (8:09:38 AM): lol
UCA (8:09:50 AM): always lookin lol
fdsgi7 (8:10:02 AM): what are u doing today?
UCA (8:10:23 AM): jst chillin
fdsgi7 (8:10:33 AM): you wanna meet up?
```

UCA (8:11:11 AM): mayb
fdsgi7 (8:11:22 AM): where r u in portland?
UCA (8:11:48 AM): nw u
fdsgi7 (8:11:56 AM): n
fdsgi7 (8:12:46 AM): you ever meet up with anyone from here ?
UCA (8:12:48 AM): no
fdsgi7 (8:13:06 AM): interested though?
UCA (8:13:25 AM): i dunno
fdsgi7 (8:15:05 AM): k just seeing
UCA (8:15:58 AM): thats kew;l
fdsgi7 (8:16:10 AM): i'l meet ya if you want
UCA (8:16:33 AM): well c
fdsgi7 (8:17:14 AM): k
UCA (8:17:38 AM): k
fdsgi7 (8:17:58 AM): ;)
UCA (8:18:18 AM): nice smile
fdsgi7 (8:18:41 AM): thanks all for u
UCA (8:18:56 AM): ur sweet
fdsgi7 (8:19:07 AM): bet not as sweet as u.
UCA (8:19:37 AM): now u r sweet
fdsgi7 (11:27:51 AM): so what are u doing

On July 13, 2005, at approximately 9:05am, affiant was logged on Yahoo! posing as a

14-year old female, from Portland, Oregon.  While she was logged on and had entered a chat

room entitled "Oregon1," the screen name Fdsgi7 contacted her using an instant message.  The

following is a verbatim transcript of the instant message conversation:

fdsgi7 (9:05:43 AM): hey
UCA (9:05:52 AM): hi
fdsgi7 (9:06:05 AM): how are u?
UCA (9:06:17 AM): good u
fdsgi7 (9:06:20 AM): greta
fdsgi7 (9:06:23 AM): great
UCA (9:06:27 AM): sup
fdsgi7 (9:06:36 AM): just looking
UCA (9:06:50 AM): 4
fdsgi7 (9:06:54 AM): are u  still looking?
fdsgi7 (9:07:00 AM): to meet up
UCA (9:07:13 AM): possibly
UCA (9:07:28 AM): I've nevr met any1 online

fdsgi7 (9:07:34 AM): teally
UCA (9:07:34 AM): like in person
fdsgi7 (9:07:40 AM): i have 2 times
UCA (9:07:56 AM): so what was it like
fdsgi7 (9:08:13 AM): it's a little nerves at first
UCA (9:08:22 AM): k
UCA (9:08:28 AM): i would think so
fdsgi7 (9:08:30 AM): until we kiss
fdsgi7 (9:08:38 AM): then its easyer
UCA (9:08:42 AM): k
UCA (9:09:00 AM): so did it happn like that both times
fdsgi7 (9:09:05 AM): yeah
UCA (9:09:30 AM): what happned 2 those girls
fdsgi7 (9:09:46 AM): we still talk
fdsgi7 (9:09:59 AM): meet every now an then
UCA (9:10:02 AM): kewl
UCA (9:10:05 AM): still friends
fdsgi7 (9:10:09 AM): yeah
UCA (9:10:20 AM): kewl
fdsgi7 (9:10:24 AM): yeah
UCA (9:10:49 AM): did u meet them in this room]
fdsgi7 (9:10:54 AM): i did
UCA (9:11:22 AM): they still on
fdsgi7 (9:11:28 AM): we talked like we are and new we were going to meet and kiss and stuff
fdsgi7 (9:11:40 AM): they are
fdsgi7 (9:11:48 AM): not right now though
UCA (9:12:07 AM): so do u hook up with them still
fdsgi7 (9:12:40 AM): not regular
UCA (9:12:58 AM): k
fdsgi7 (9:13:37 AM): did you want to try to hook up?
UCA (9:13:48 AM): like i said mayb
fdsgi7 (9:14:00 AM): ok
fdsgi7 (9:14:41 AM): i am bored and want to makeout
UCA (9:14:56 AM): :)
UCA (9:15:16 AM): so u do that with evry girl u meet lol
fdsgi7 (9:15:30 AM): not every girl
fdsgi7 (9:15:33 AM): lol
UCA (9:15:37 AM): yea right
UCA (9:15:55 AM): can i put u on my list
fdsgi7 (9:15:59 AM): yes
UCA (9:16:35 AM): did u cept me
fdsgi7 (9:16:39 AM): i did

UCA (9:16:42 AM): ty
fdsgi7 (9:16:45 AM): yw
fdsgi7 (9:17:41 AM): your up early
fdsgi7 (9:18:14 AM): are u in a making out mood?
UCA (9:18:50 AM): sometimes
UCA (9:18:58 AM): i don't hav a bf
fdsgi7 (9:19:04 AM): cool
fdsgi7 (9:19:21 AM): what are u doing today?
UCA (9:19:30 AM): nuttin much
UCA (9:19:36 AM): chattin
UCA (9:19:42 AM): and i got soccr prac
fdsgi7 (9:19:49 AM): where at?
fdsgi7 (9:20:22 AM): what team you on?
UCA (9:20:47 AM): wsm
fdsgi7 (9:21:22 AM): you must be in good shape
UCA (9:21:25 AM): uhhuh
UCA (9:21:35 AM): plus i play 4 lincoln
fdsgi7 (9:21:42 AM): nice
fdsgi7 (9:21:51 AM): why no b/f for u?
UCA (9:21:58 AM): 2 bizi
fdsgi7 (9:22:14 AM): but u date guys?
UCA (9:22:57 AM): hmmm not a lot
fdsgi7 (9:23:03 AM): whynot?
fdsgi7 (9:23:10 AM): u a virgin?
UCA (9:23:16 AM): uhhuh
fdsgi7 (9:23:31 AM): ic
fdsgi7 (9:23:35 AM): thats cool
UCA (9:23:39 AM): good or bad???
fdsgi7 (9:23:52 AM): good
UCA (9:24:13 AM): k
fdsgi7 (9:24:13 AM): are u interested in sex?
UCA (9:24:25 AM): i dunno...i think bout what it would b like
fdsgi7 (9:24:48 AM): but never even wanted to try
UCA (9:25:12 AM): i didnt say that
fdsgi7 (9:25:32 AM): its cool
UCA (9:25:49 AM): k
fdsgi7 (9:26:07 AM): do you have a hot body?
UCA (9:26:30 AM): i dunno...i suppose so
fdsgi7 (9:26:43 AM): what do the guys tell u?
UCA (9:26:53 AM): that i am
fdsgi7 (9:27:13 AM): then whynoy see one and try?
fdsgi7 (9:27:21 AM): whynot
UCA (9:27:27 AM): and hav sex???

fdsgi7 (9:27:32 AM): yes
fdsgi7 (9:27:39 AM): are u waiting?
UCA (9:27:56 AM): i don't wanna end up with a baby lol
UCA (9:28:01 AM): that would suck
fdsgi7 (9:28:04 AM): yes
fdsgi7 (9:28:08 AM): rubbers
fdsgi7 (9:28:37 AM): have them wear one
UCA (9:28:55 AM): u make it sound so like casual
fdsgi7 (9:29:21 AM): it can be
fdsgi7 (9:29:28 AM): i have had sex
UCA (9:29:40 AM): lotz
fdsgi7 (9:30:05 AM): enough to please a girl
UCA (9:30:32 AM): so what bout the girls u met on here
fdsgi7 (9:30:48 AM): what do you want to know?
UCA (9:31:12 AM): i heard it hurts the first time
fdsgi7 (9:31:38 AM): it is tight , but if you go slow it helps
fdsgi7 (9:32:00 AM): and depends on how big it is
UCA (9:32:16 AM): k
fdsgi7 (9:32:30 AM): so you never suck eather?
fdsgi7 (9:32:43 AM): have had oral?
UCA (9:33:21 AM): no
UCA (9:33:30 AM): like i said...i don't get out much lol
fdsgi7 (9:33:40 AM): do you touch yourself?
UCA (9:33:41 AM): i hav friends that hav
UCA (9:34:01 AM): i jst didnt want anything 2 get out at school...its happnd b4 2 my
freinds
UCA (9:34:13 AM): there bfs sayin stuff that wasnt true
UCA (9:34:17 AM): u no what i meant
UCA (9:34:18 AM): mean
fdsgi7 (9:34:22 AM): i do
UCA (9:34:52 AM): so thats part of the reason that i havnt done much...plus my mom
would kill me if she found out
UCA (9:34:54 AM): lol
fdsgi7 (9:35:45 AM): don't tell her.lol
fdsgi7 (9:36:12 AM): you haven't even touched a cock?
UCA (9:36:16 AM): lol
UCA (9:36:17 AM): no
fdsgi7 (9:36:33 AM): but u want to?
UCA (9:36:42 AM): i didnt say that
fdsgi7 (9:36:59 AM): would u if u could?
UCA (9:37:26 AM): it woudl depend again if i like the guy
fdsgi7 (9:37:33 AM): ic
UCA (9:38:11 AM): c u sound like u hav lotz more experince

fdsgi7 (9:38:28 AM): i do
fdsgi7 (9:38:43 AM): i like sex
UCA (9:38:47 AM): lol ic
fdsgi7 (9:39:14 AM): i have even licked pussy
UCA (9:39:38 AM): k
fdsgi7 (9:40:25 AM): that you should try
UCA (9:40:31 AM): y
fdsgi7 (9:40:47 AM): it feels good
fdsgi7 (9:40:57 AM): won't hurt
fdsgi7 (9:41:03 AM): gives pleasher
UCA (9:41:13 AM): k
UCA (9:41:23 AM): that cant b all that bad
fdsgi7 (9:41:32 AM): nope
fdsgi7 (9:42:21 AM): well love to teach you
UCA (9:42:36 AM): k we can talk bout it
fdsgi7 (9:42:54 AM): k
fdsgi7 (9:43:23 AM): what numer are u in soccer?
fdsgi7 (9:43:27 AM): number?
UCA (9:43:29 AM): im not gonna jus rush out and jump in2 the bed
UCA (9:43:34 AM): with some1
UCA (9:43:43 AM): but i do like imin with u
fdsgi7 (9:43:52 AM): cool
fdsgi7 (9:43:57 AM):  and thats smart
UCA (9:44:17 AM): so whaz a fdsgi
fdsgi7 (9:44:20 AM): you should have foreplay before sex
fdsgi7 (9:44:43 AM): just a name that the setup gave
UCA (9:44:56 AM): k
UCA (9:45:05 AM): so what do u do b4
fdsgi7 (9:45:15 AM): what do u mean?
UCA (9:46:03 AM): sex
fdsgi7 (9:46:15 AM): oh
UCA (9:46:18 AM): just like kissin and stuff
fdsgi7 (9:46:56 AM): yes touching
fdsgi7 (9:47:08 AM): and like playing
UCA (9:47:09 AM): k
UCA (9:47:17 AM): thats like all i hav evr done
fdsgi7 (9:47:30 AM): you have touched yourself?
fdsgi7 (9:47:57 AM): or a guy?
UCA (9:48:20 AM): no
UCA (9:48:31 AM): im pretty lame huh
fdsgi7 (9:48:42 AM): no just have to ,learn
UCA (9:48:46 AM): k
fdsgi7 (9:49:17 AM): you have never figererd your self?

fdsgi7 (9:49:30 AM): touched your lips?

fdsgi7 (9:49:42 AM): make yourself wet?

UCA (9:49:51 AM): no

fdsgi7 (9:50:07 AM): you should try it , thats what a guy will do

UCA (9:50:14 AM): k

fdsgi7 (9:50:19 AM): its normal

UCA (9:50:47 AM): like when did u start doin stuff

fdsgi7 (9:50:55 AM): your age

UCA (9:51:45 AM): what about the gfs u had

fdsgi7 (9:52:06 AM): we have had sex

UCA (9:52:21 AM): i no u told me that but when did they

fdsgi7 (9:52:43 AM): u mean at what age?

UCA (9:52:51 AM): uhhuh

fdsgi7 (9:52:59 AM): oh

fdsgi7 (9:53:07 AM): the first one was 13

UCA (9:53:25 AM): wow thats evn youngr then me

fdsgi7 (9:53:29 AM): yeah

UCA (9:53:40 AM): she didnt hav any problems

fdsgi7 (9:53:46 AM):  no

fdsgi7 (9:53:57 AM): used a rubber

UCA (9:54:20 AM): k

fdsgi7 (9:55:06 AM): the girl puts it on for me

UCA (9:55:40 AM): really

fdsgi7 (9:55:44 AM): yes

fdsgi7 (9:55:57 AM): they like to touch it

UCA (9:56:49 AM): k

fdsgi7 (9:57:29 AM): well i better get going.

UCA (9:57:48 AM): k

UCA (9:57:58 AM): whaz ur name

fdsgi7 (9:58:05 AM): let me know if you want to makeout or more

UCA (9:58:08 AM): or did i ask that b4

fdsgi7 (9:58:17 AM): jim

UCA (9:58:24 AM): hi jim

fdsgi7 (9:58:28 AM): hi

fdsgi7 (9:58:38 AM): we can be disscreet to

UCA (9:58:52 AM): ill look 4 u

fdsgi7 (9:58:54 AM): if your worryied

UCA (9:59:02 AM): k

UCA (9:59:21 AM): k let me think bout this more

fdsgi7 (9:59:26 AM): ok

fdsgi7 (9:59:32 AM):  bye sarah

UCA (9:59:37 AM): ciao

fdsgi7 (9:59:46 AM): ;)

UCA (10:00:05 AM): i like ur smile
fdsgi7 (10:00:25 AM): awww
UCA (10:00:34 AM): i do
UCA (10:00:38 AM): ttyl
fdsgi7 (10:00:55 AM): thanks
UCA (10:01:02 AM): :)
UCA (10:01:04 AM): bye
fdsgi7 (10:01:08 AM): bye

On July 14, 2005, at approximately 2:04pm, affiant was logged on Yahoo! posing as a 14-year old female, from Portland, Oregon. While she was logged on and had entered a chat room entitled "Oregon1," the screen name Fdsgi7 contacted her using an instant message. The following is a verbatim transcript of the instant message conversation:

UCA (2:04:09 PM): hey
fdsgi7 (2:04:23 PM): hi
UCA (2:04:28 PM): yahoo crashed and i had 2 reload it
UCA (2:04:35 PM): what a bummr
fdsgi7 (2:04:35 PM): thjat sucks
fdsgi7 (2:04:39 PM): that
UCA (2:04:49 PM): i tried 2 im u but i couldnt
fdsgi7 (2:04:59 PM): here i am
fdsgi7 (2:05:01 PM): lol
UCA (2:05:05 PM): i thought it jus froze up...i tried restartin and nuttin happned
UCA (2:05:11 PM): it wouldnt let me on
UCA (2:05:16 PM): so whazz up
fdsgi7 (2:05:18 PM): I'll wait for you to return
UCA (2:05:24 PM): im baklol
fdsgi7 (2:05:32 PM): ok
fdsgi7 (2:05:59 PM): so how was practice
UCA (2:06:09 PM): i didnt hav it 2day
UCA (2:06:16 PM): jus layin out and gettin a tan
UCA (2:06:24 PM): i needed it
fdsgi7 (2:06:38 PM): nice can i see.lol
fdsgi7 (2:06:56 PM): you in a bathing suit
UCA (2:07:00 PM): sure lol
UCA (2:07:12 PM): if ur good
fdsgi7 (2:07:14 PM): your partens would kill me
fdsgi7 (2:07:28 PM): parents
UCA (2:07:33 PM): dad would nevr no lol cuz he lives in la
UCA (2:07:41 PM): mom would kill me
UCA (2:07:45 PM): thats 4 sure
fdsgi7 (2:07:49 PM): if she new
UCA (2:08:00 PM): itd b r secret

fdsgi7 (2:08:10 PM): :)

UCA (2:08:55 PM): i ususally don't keep things from her...but bein online u jus have 2 otherwise she would not let me chat

fdsgi7 (2:09:18 PM): so true

fdsgi7 (2:09:57 PM): and it's a good way to meet people that you could meet and the parents won't know about

UCA (2:10:24 PM): yea shes like real uptight bout me bein on

fdsgi7 (2:10:52 PM): see you could meet some where and she would'nt know

UCA (2:11:29 PM): yea id hav 2 set something up with my freind kel...I've done it 4 her b4

fdsgi7 (2:12:03 PM): she has meet guys from here before i take it?

UCA (2:12:08 PM): uhhuh

UCA (2:12:12 PM): once

fdsgi7 (2:12:25 PM): what did she do?

fdsgi7 (2:12:37 PM): kiss?

UCA (2:12:39 PM): she met him

fdsgi7 (2:12:42 PM): or more?

UCA (2:12:59 PM): i don't no xactly what they did...but they were gone 4 a long time

fdsgi7 (2:13:12 PM): ic

fdsgi7 (2:13:25 PM):  i have never been with a virgin

UCA (2:13:45 PM): k

UCA (2:14:31 PM): and like i don't have a lot of experiece with this...so

UCA (2:14:46 PM): it kinda makes me like nervous

fdsgi7 (2:15:02 PM): your talking about it thats good

UCA (2:15:13 PM): k

fdsgi7 (2:15:23 PM): it still make me nervous

fdsgi7 (2:15:36 PM): but getting better

UCA (2:15:38 PM): pheww

fdsgi7 (2:15:43 PM): what

fdsgi7 (2:16:12 PM): has a guy ever touch you before?

UCA (2:16:16 PM): no

fdsgi7 (2:16:58 PM): never ever

UCA (2:17:43 PM): omg am i like really lame???

UCA (2:18:11 PM): i had 1 bf that we kissed and hugged...but that was it

fdsgi7 (2:18:19 PM): ic

fdsgi7 (2:18:50 PM): no your ok

fdsgi7 (2:19:01 PM): you just have to try

UCA (2:19:02 PM): ty

UCA (2:19:04 PM): k

fdsgi7 (2:19:43 PM): du u ever get horny?

UCA (2:20:30 PM): like i talk bout stuff with my gfs

fdsgi7 (2:22:02 PM): i guess you need to find out what horny is?

UCA (2:22:11 PM): lol

UCA (2:22:13 PM): k

fdsgi7 (2:22:34 PM): how do you feel when you kiss a guy?

UCA (2:22:48 PM): i liked it

UCA (2:23:12 PM): it makes u all warm inside and tingly

UCA (2:23:17 PM): does it u

fdsgi7 (2:23:25 PM): thats getting horny

UCA (2:23:39 PM): i guess i have gottn horny b4 lol

fdsgi7 (2:23:41 PM): then the guy would touch your breasts

UCA (2:23:48 PM): i jus never really thought bout it like that

UCA (2:23:54 PM): he never did

fdsgi7 (2:24:08 PM): or put his hands down your pants

UCA (2:24:11 PM): there not really big anyway

fdsgi7 (2:24:17 PM): touch your pussy

UCA (2:24:19 PM): and he didnt do that eithr

UCA (2:24:28 PM): we didnt do anything else

fdsgi7 (2:24:40 PM): whynot?

UCA (2:24:47 PM): i dunno

UCA (2:24:54 PM): we jus didnt

fdsgi7 (2:25:01 PM): would you have let him?

UCA (2:25:40 PM): i was drinkin so i might hav...i don't drink very much but we had
a wine cooler at a party

UCA (2:25:56 PM): we jus didnt do anything else

fdsgi7 (2:26:01 PM): ic

fdsgi7 (2:26:16 PM): thats what i like to do.

fdsgi7 (2:26:32 PM): touch

UCA (2:26:42 PM): k

fdsgi7 (2:26:49 PM): make u tingle

UCA (2:27:00 PM): i like tinglin lol

fdsgi7 (2:27:24 PM): you should feel a cock between your legs.

fdsgi7 (2:27:32 PM): that makes u tingle

UCA (2:27:54 PM): how come u say it like that

UCA (2:28:10 PM): it doesnt sound right

fdsgi7 (2:28:21 PM): when two people tingle together its great

UCA (2:28:38 PM): no its not that it the othr thing...

fdsgi7 (2:28:56 PM): what?

UCA (2:28:59 PM): u no

UCA (2:29:16 PM): the whole cock and pussy stuff....

UCA (2:30:04 PM): i don't really like usin those words

fdsgi7 (2:30:10 PM): that don't sound right?

fdsgi7 (2:30:19 PM): oh I'm sorry

UCA (2:30:23 PM): k

fdsgi7 (2:30:32 PM): what should i call it?

UCA (2:31:05 PM): i dunno...i just hav never really talked bout what were talkin bout
uknow

fdsgi7 (2:31:14 PM): oh

fdsgi7 (2:31:23 PM): you are learning

fdsgi7 (2:31:38 PM): don't be shy its normal
UCA (2:31:43 PM): k
UCA (2:31:46 PM): im tryin
fdsgi7 (2:32:02 PM): i know some girls that finger them selfs
UCA (2:32:19 PM): k
fdsgi7 (2:32:27 PM): have u ever tried?
UCA (2:32:39 PM): no
fdsgi7 (2:32:46 PM): oh
fdsgi7 (2:32:57 PM):  that is normal to
UCA (2:33:05 PM): k
fdsgi7 (2:33:47 PM): if you want to try and learn to . maybe we could?
UCA (2:34:10 PM): i do wanna learn...i jus gotta take it slow
fdsgi7 (2:34:12 PM): but i could get in so much trouble if i get caught
UCA (2:34:18 PM): so could i
UCA (2:34:35 PM): my mom would kill me
fdsgi7 (2:34:50 PM): she would put me in jail
UCA (2:35:12 PM): what
UCA (2:35:22 PM): she sells homes
fdsgi7 (2:36:06 PM): is she home?
UCA (2:36:07 PM): i don't wanna get u in any trouble...cuz i like imin with u
fdsgi7 (2:36:26 PM): its cool
UCA (2:36:36 PM): k
fdsgi7 (2:36:50 PM): your mom home?
UCA (2:37:24 PM): yea
UCA (2:38:08 PM): shes not workin 2day cuz were leavin tomorrow 4 a trip 2 her moms house in washington
UCA (2:38:16 PM): were gonna b gone 4 a week
fdsgi7 (2:38:27 PM): cool have fun
fdsgi7 (2:38:38 PM): take when u get back to
UCA (2:38:49 PM): yea its gonna suck cuz her mom doesnt have the internet
UCA (2:39:08 PM): she lives in this really small town
fdsgi7 (2:39:12 PM): where?
UCA (2:39:21 PM): r u gonna b round when i get bak
fdsgi7 (2:39:28 PM): i will be
UCA (2:39:41 PM): its something like oakville or oaksville
UCA (2:39:54 PM): its b4 u get 2 seattle
fdsgi7 (2:39:55 PM): how far away is it?
fdsgi7 (2:40:01 PM): oh ok
UCA (2:40:05 PM): its like a hr or 2
UCA (2:40:21 PM): i don't really pay attention 2 time when were drivin
UCA (2:40:25 PM): i try 2 sleep
UCA (2:40:36 PM): i will work on my tan
fdsgi7 (2:40:51 PM): nice
fdsgi7 (2:41:00 PM): then i can see your tan lines
UCA (2:41:14 PM): u gotta pic
fdsgi7 (2:41:24 PM): i do

UCA (2:41:59 PM): ill send u mine if u want it
fdsgi7 (2:42:08 PM): sure
fdsgi7 (2:42:16 PM): I'll send mine to
fdsgi7 (2:43:35 PM): mine won't go through?
UCA (2:43:35 PM): i gotta get my disk
fdsgi7 (2:43:39 PM): ok
UCA (2:43:42 PM): how come
fdsgi7 (2:43:47 PM): not sure
fdsgi7 (2:43:56 PM): you have a e-mail i can send to?
UCA (2:44:42 PM): yea it's the same sn
fdsgi7 (2:45:06 PM): sarah@yahoo.com?
fdsgi7 (2:45:37 PM): 10tszfun@yahoo.com?
fdsgi7 (2:48:09 PM): is that it?
UCA (2:48:26 PM): uhhuh
fdsgi7 (2:48:37 PM): k
fdsgi7 (2:48:49 PM): u can send yours to me
UCA (2:50:52 PM): did u send urs
fdsgi7 (2:51:14 PM): hang on, i will now
UCA (2:51:26 PM): i just got a message that said u couldnt get it
fdsgi7 (2:51:36 PM): nope
UCA (2:51:38 PM): i havent done this b4
UCA (2:51:45 PM): how do i send it 2 u
fdsgi7 (2:51:48 PM): send it to fdsgi7@yahoo.com
fdsgi7 (2:52:47 PM): ok sent one
fdsgi7 (2:53:24 PM): that e-mail wouldnt work?
UCA (2:54:23 PM): i thought u got 1 messenger
fdsgi7 (2:54:39 PM): nope
fdsgi7 (2:54:52 PM): give me your e-mail
fdsgi7 (2:55:07 PM): and did you send one?
UCA (2:55:56 PM): i cant get in2 yahoo mail...its not takin my password...how can
that b if im chattin??????
fdsgi7 (2:56:09 PM): not sure
fdsgi7 (2:56:29 PM): type slow.lol
UCA (2:57:37 PM): k
fdsgi7 (3:00:32 PM): hey i have to get going, hope you have a nice week at your
mom's mom's
UCA (3:01:24 PM): wait
UCA (3:01:30 PM): its attachin now
fdsgi7 (3:01:39 PM): k
UCA (3:02:49 PM): sent....did u get it...did u send urs
UCA (3:03:44 PM): did it work
fdsgi7 (3:03:50 PM): i tried to send one but it didn't work
fdsgi7 (3:03:56 PM): your very nice
UCA (3:03:58 PM): how come
UCA (3:04:03 PM): ty
fdsgi7 (3:04:10 PM): not sure

fdsgi7 (3:04:16 PM): whats your e-mail?
UCA (3:04:31 PM): it's the sn at yahoo.com
UCA (3:04:46 PM): UCA@yahoo.com
UCA (3:04:48 PM): try that
fdsgi7 (3:04:54 PM): k
fdsgi7 (3:05:49 PM): ok
fdsgi7 (3:05:53 PM): hope it worked
fdsgi7 (3:06:05 PM): and you are very hot looking wow
fdsgi7 (3:06:46 PM): all the guys should be looking at you
UCA (3:08:52 PM): something messed up with ur pic...it didnt come out
UCA (3:08:58 PM): ty
UCA (3:09:34 PM): i gotta delete it anyway cuz i cant let mom know i got it
fdsgi7 (3:09:45 PM): ok
fdsgi7 (3:09:52 PM): i don't know whats up
fdsgi7 (3:10:05 PM): but i do have to go . I'll take to you later ok
UCA (3:10:11 PM): mayb u can try anothr l8r
UCA (3:10:29 PM): ttyl...cya in a week or so k
fdsgi7 (3:10:34 PM): ok
UCA (3:10:37 PM): :)
UCA (3:10:40 PM): bye
fdsgi7 (3:11:01 PM): bye, have a nice time and get tanned i want to see your tan lines
UCA (3:11:18 PM): k and we can talk more bout what we talked bout earlier
fdsgi7 (3:11:29 PM): ok
fdsgi7 (3:11:34 PM): sounds good
UCA (3:11:39 PM): :)
UCA (3:11:41 PM): bye
fdsgi7 (3:11:43 PM): you like talking about that?
UCA (3:11:57 PM): im curius and exicted
UCA (3:12:04 PM): is it 4 u
fdsgi7 (3:12:07 PM): sweet
fdsgi7 (3:12:26 PM): ok i will talk all you want about it
fdsgi7 (3:12:38 PM): talk when u get back sarah
UCA (3:12:50 PM): :)
fdsgi7 (3:13:07 PM): and would show you anything you want
fdsgi7 (3:13:16 PM): or try anything
UCA (3:13:27 PM): k i jus gotta b careful
fdsgi7 (3:13:32 PM): np
fdsgi7 (3:13:45 PM): I'll show you how to handle a man
UCA (3:13:52 PM): is it all right if i tell my friend kell bout u
fdsgi7 (3:14:12 PM): if u like
UCA (3:14:18 PM): k
fdsgi7 (3:14:30 PM): i can help her to
UCA (3:14:35 PM): no
fdsgi7 (3:14:38 PM): oh ok
UCA (3:14:50 PM): :(
fdsgi7 (3:14:54 PM): aww

fdsgi7 (3:15:08 PM): talk later then ,k
UCA (3:15:13 PM): k

On August 10, 2005, at approximately 9:148am, affiant was logged on Yahoo! posing as a 14-year old female, from Portland, Oregon. When she logged on, there were two offline instant messages from Fdsgi7 that were sent on July 27, 2005 and August 2, 2005. Offline instant messages allow Yahoo! users to send an instant message to another Yahoo! user when they are not logged on. When the Yahoo! recipient logs on, the instant message will appear. The following is a verbatim transcript of the instant message conversation on July 27, 2005:

fdsgi7 (8:55:11 AM): gm

The following is a verbatim transcript of the instant message conversation on August 2, 2005:

fdsgi7 (8:23:51 AM): gm

The following is a verbatim transcript of the instant message conversation on August 10, 2005:

UCA (9:18:01 AM): hey
fdsgi7 (10:16:25 AM): gm, how are u?
fdsgi7 (10:17:09 AM): how was vcaca?
fdsgi7 (10:17:16 AM): vacation
UCA (10:28:47 AM): hey im bak now
fdsgi7 (10:28:54 AM): nice
fdsgi7 (10:28:58 AM): u have fun?
UCA (10:29:35 AM): a lot has happnd since i saw u
UCA (10:29:42 AM): i havnt been online at all
fdsgi7 (10:29:43 AM): like?
UCA (10:29:58 AM): like i got in trouble 4 drinkin and mom found out
fdsgi7 (10:30:05 AM): oh wow
fdsgi7 (10:30:10 AM): u grounded
UCA (10:30:27 AM): oh yea and i havnt been able 2 b on since i got bak from my grandmas
fdsgi7 (10:30:35 AM): sorry
UCA (10:31:18 AM): im bak now lol
UCA (10:31:29 AM): so what hav u been up 2
fdsgi7 (10:32:07 AM): not a lot
fdsgi7 (10:32:10 AM): work

fdsgi7 (10:32:23 AM): so u got drunk
UCA (10:32:37 AM): lol uhhuh
fdsgi7 (10:33:05 AM): with guys?
UCA (10:33:36 AM): yea and a girl i met at my grandmas
fdsgi7 (10:34:03 AM): cool
UCA (10:34:21 AM): it was kinda crazy...i tried 2 sneak in the house and got caught
UCA (10:34:32 AM): cooll 4 u mayb but not 4 me
fdsgi7 (10:34:39 AM): so true
UCA (10:34:57 AM): oh well....mom thinks i hav it outta my system now so i can go
back online
UCA (10:35:08 AM): so u hav a gf now
fdsgi7 (10:35:19 AM): little dose she know.
UCA (10:35:28 AM): uhhuh
UCA (10:35:42 AM): i like ur devil or w/e it is
fdsgi7 (10:35:45 AM): so you been making out with the guys?
UCA (10:35:55 AM): oh yea...like every day
fdsgi7 (10:36:03 AM): you wish?
fdsgi7 (10:36:05 AM): lol
UCA (10:36:15 AM): naw i was jus waitin 2 c if u were still online
fdsgi7 (10:36:25 AM): i am
UCA (10:36:56 AM): i saw the im when i got on that u sent 2 me a while ago
UCA (10:37:06 AM): thats kewl
UCA (10:37:22 AM): im happy cuz i like imin with u
fdsgi7 (10:37:36 AM): awwww
UCA (10:38:15 AM): what u don't like lol
UCA (10:38:27 AM): or r u jus blushin
fdsgi7 (10:38:45 AM): blushin over u
UCA (10:38:51 AM): ur so sweet
UCA (10:39:43 AM): r u home now
fdsgi7 (10:39:48 AM): at work
UCA (10:39:58 AM): thats so awsome that u can im at work
fdsgi7 (10:40:00 AM): are u home?
UCA (10:40:05 AM): they don't care
UCA (10:40:07 AM): uhhuh
fdsgi7 (10:40:16 AM): alone?
UCA (10:40:28 AM): no mom and my liitle bro r here
fdsgi7 (10:40:34 AM): ic
UCA (10:40:41 AM): y
fdsgi7 (10:40:52 AM): I'd come see ya
UCA (10:41:12 AM): o let me make sure mom is kewl with that
UCA (10:41:18 AM): hmmmm
UCA (10:41:43 AM): i bettr not ask
UCA (10:41:45 AM): lol
fdsgi7 (10:41:48 AM): yeah right
fdsgi7 (10:41:58 AM): i am to old she would kill
UCA (10:42:28 AM): kill u

UCA (10:42:29 AM): naw
fdsgi7 (10:42:32 AM): both
UCA (10:42:33 AM): i wouldnt let her
UCA (10:42:41 AM): she would kill me...u gotta protect me
fdsgi7 (10:42:56 AM): she would send me to jail
fdsgi7 (10:43:07 AM): for touching her daughter
fdsgi7 (10:43:11 AM): omg
UCA (10:43:11 AM): naw i wouldnt let her
fdsgi7 (10:43:44 AM): so u still thinking about seeing a older guy?
UCA (10:44:12 AM): hmmm who do u hav in mind???
fdsgi7 (10:44:21 AM): well
fdsgi7 (10:44:29 AM): me and u
fdsgi7 (10:44:34 AM): kissing
UCA (10:44:41 AM): hmmm
fdsgi7 (10:45:03 AM): if you like that
UCA (10:45:33 AM): i thougtht bout it while i hav been gone
fdsgi7 (10:45:49 AM): about kissing? or more?
UCA (10:46:04 AM): bout both
fdsgi7 (10:46:21 AM): and what do you thimk?
UCA (10:46:35 AM): its kinda scarey
UCA (10:46:44 AM): but its also kinda excitin
fdsgi7 (10:46:46 AM): yes it is
fdsgi7 (10:47:16 AM): exciting in what way?
UCA (10:47:29 AM): like meetin
UCA (10:47:42 AM): c i havnt done it and u hav
fdsgi7 (10:47:52 AM): yes
fdsgi7 (10:48:03 AM): and i can teach you
fdsgi7 (10:48:15 AM): show u
UCA (10:48:18 AM): i no thats what makes this so kewl 4 me
fdsgi7 (10:48:32 AM): tell u what to do
UCA (10:48:34 AM): i jus gotta make sure that no1 finds out
fdsgi7 (10:48:44 AM): same here,
UCA (10:48:45 AM): and that i am protectd
fdsgi7 (10:49:02 AM): for sure, rubber
UCA (10:49:21 AM): k
UCA (10:49:28 AM): that makes me feel bettr
UCA (10:49:35 AM): so how would we do it
fdsgi7 (10:49:38 AM): and try oral
fdsgi7 (10:49:56 AM): do it as in sex
UCA (10:50:11 AM): no do it as in meetin
fdsgi7 (10:50:44 AM): meet you some where like a park ? or something
UCA (10:51:19 AM): k
fdsgi7 (10:51:40 AM): when do you get time away?
UCA (10:52:30 AM): i can get away from mom if i get kelly 2 help me out
fdsgi7 (10:52:53 AM): for a hr or 2
UCA (10:53:24 AM): yea she could do that with no p[rob

UCA (10:53:26 AM): prob
fdsgi7 (10:53:47 AM): well i can take a long lunch sometime
UCA (10:53:50 AM): so where would we go
fdsgi7 (10:53:52 AM): meet you
fdsgi7 (10:54:11 AM): where are u?
UCA (10:54:24 AM): i live in nw
UCA (10:54:33 AM): i can take the max...
fdsgi7 (10:54:50 AM): what part of nw?
UCA (10:55:42 AM): i live by cedar mill
UCA (10:56:00 AM): so i take the max at sunset
fdsgi7 (10:57:47 AM): well maybe at the station near costco
UCA (10:58:15 AM): huh
UCA (10:58:30 AM): i always go downtown
fdsgi7 (10:58:37 AM): oh
UCA (10:58:39 AM): is that the othr way
fdsgi7 (10:58:56 AM): yeah
UCA (10:59:04 AM): k
UCA (10:59:22 AM): but i can go online and find it at the max site
fdsgi7 (10:59:33 AM): k
fdsgi7 (11:00:10 AM): when can we try?
UCA (11:00:40 AM): i dunno.....let me get with kel....what bout u
fdsgi7 (11:01:24 AM): depends on the day not sure untill that day
UCA (11:01:30 AM): k
fdsgi7 (11:01:50 AM): so what would you like to try when we mmet?
fdsgi7 (11:01:57 AM): any idea?
UCA (11:02:18 AM): i dunno...thats the part im not real sure bout like i said
fdsgi7 (11:02:30 AM): k.
fdsgi7 (11:02:37 AM): if i start ist cool?
fdsgi7 (11:02:42 AM): its cool
UCA (11:02:43 AM): huh
fdsgi7 (11:02:54 AM): if i start to kiss you
fdsgi7 (11:03:02 AM): or touch you?
UCA (11:03:11 AM): im kewl with that
fdsgi7 (11:03:45 AM): or touch your body?
UCA (11:04:01 AM): in the park????
fdsgi7 (11:04:12 AM): in the car in the park
UCA (11:04:19 AM): we couldnt do anything where some1 might c me
fdsgi7 (11:04:32 AM): ok
fdsgi7 (11:04:44 AM): we could go somewhere privet
UCA (11:04:53 AM): k
UCA (11:05:15 AM): i jus cant let my mom find out from any of her friends...so i gotta b real careful
fdsgi7 (11:05:24 AM): me to
fdsgi7 (11:05:39 AM): what if you hate me when u see me?
fdsgi7 (11:05:54 AM): never know?
UCA (11:06:06 AM): i dunno

UCA (11:06:58 AM): i guess u would hav 2 take me back 2 the max...i guess the same could b said 4 me...u might not like me eithr and we both go away...

fdsgi7 (11:07:18 AM): true

UCA (11:07:21 AM): u sound pretty kewl...i jus cant imagn u bein a whole lot different

UCA (11:07:41 AM): so u think we shouldnt do this

fdsgi7 (11:07:41 AM): u 2

fdsgi7 (11:07:54 AM): i want to just neres

fdsgi7 (11:07:59 AM): nerves

UCA (11:07:59 AM): huh

UCA (11:08:05 AM): me2

fdsgi7 (11:08:32 AM): i am pretty sure i can get a friend rv to go to

fdsgi7 (11:08:38 AM): friends

UCA (11:08:45 AM): huh

fdsgi7 (11:08:47 AM): very privet

fdsgi7 (11:09:48 AM): i place where he keeps his rv,its very privet and need a code to get in to the place

UCA (11:10:07 AM): so is that like a camper

fdsgi7 (11:10:20 AM): yeah

fdsgi7 (11:10:43 AM): its at a storage place

UCA (11:10:51 AM): and no1 will no???

fdsgi7 (11:10:59 AM): nope only u and me

UCA (11:11:05 AM): k

UCA (11:11:48 AM): so how long should i tell kel that we will b gone

fdsgi7 (11:12:14 AM): 1 and ½ hr

fdsgi7 (11:12:46 AM): that would give us a hr

UCA (11:13:03 AM): im gonna hav 2 get her cell so that she can get a hold of me

fdsgi7 (11:13:11 AM): ok

fdsgi7 (11:13:28 AM): she is cool with you doing it?

UCA (11:13:54 AM): yea i hav covered 4 her...so she will 4 me

fdsgi7 (11:14:01 AM): nice

UCA (11:14:13 AM): so how will i no its u athe max

fdsgi7 (11:14:26 AM): hey u said u are on a soccer team? what is youe teams name?

UCA (11:14:47 AM): united

fdsgi7 (11:14:54 AM): cool

fdsgi7 (11:15:11 AM): tell me what you will wear and i will find you

UCA (11:15:32 AM): i can do that

UCA (11:15:47 AM): thats pretty ez

fdsgi7 (11:15:54 AM): yeah

fdsgi7 (11:17:12 AM): you are ready to be touched by a guy then?

UCA (11:17:36 AM): uhhuh

UCA (11:17:50 AM): kel has said its awsome

fdsgi7 (11:18:19 AM): awsome how?

fdsgi7 (11:18:43 AM): the guy touching, or the sex?

UCA (11:18:59 AM): both

fdsgi7 (11:19:26 AM): and the women touching back is awsome

fdsgi7 (11:19:46 AM): i can show u
UCA (11:19:52 AM): k...u will jus hav 2 help me some
fdsgi7 (11:20:17 AM): sure , I'll tell u what to do then u try
UCA (11:20:33 AM): k
UCA (11:21:34 AM): hey i gotta get 4 a bit...mom wants me 2 help her with foldin clothes...it sucks but i gotta stay good with her...u gonna b on in bout hr
fdsgi7 (11:21:35 AM): so see when you can
fdsgi7 (11:21:56 AM): should be around then
UCA (11:21:56 AM): k let me get with kel
fdsgi7 (11:22:01 AM): k
UCA (11:22:19 AM): ttyl
fdsgi7 (11:22:25 AM): u2
fdsgi7 (11:22:26 AM): bye
UCA (11:22:30 AM):
UCA (11:22:31 AM): bye
fdsgi7 (11:22:35 AM):
fdsgi7 (11:22:38 AM):

On August 11, 2005, at approximately 10:27am, affiant was logged on Yahoo! posing as a 14-year old female, from Portland, Oregon. While she was logged on, the screen name Fdsgi7 contacted her using an instant message. The following is a verbatim transcript of the instant message conversation:

fdsgi7 (10:27:55 AM): gm
UCA (10:32:20 AM): hey
fdsgi7 (10:32:38 AM): how are ya?
UCA (10:32:45 AM): i was on and didnt c u earlier
fdsgi7 (10:32:53 AM): np
UCA (10:32:58 AM): good jus got up
fdsgi7 (10:33:02 AM): nice
UCA (10:33:05 AM): uhhuh
UCA (10:33:08 AM): what boutu
fdsgi7 (10:33:14 AM): at work
UCA (10:33:20 AM): thats all u do lol
fdsgi7 (10:33:27 AM): yep
fdsgi7 (10:33:32 AM): you will to
UCA (10:33:42 AM): not if i find some1 rich lol
fdsgi7 (10:33:48 AM): true
UCA (10:33:51 AM): buy me a car
fdsgi7 (10:34:03 AM): good luck.lol
UCA (10:34:42 AM): tks
fdsgi7 (10:34:55 AM): still wanna mmet up?
fdsgi7 (10:34:59 AM): meet up

UCA (10:35:08 AM): yea i talked 2 kel
fdsgi7 (10:35:13 AM): and
UCA (10:35:35 AM): first she said i was crazi
UCA (10:35:51 AM): and then i told her bout u
fdsgi7 (10:35:54 AM): u have to be a little
UCA (10:36:01 AM): i guess so
fdsgi7 (10:36:10 AM): about me? whatdid u say.
UCA (10:36:25 AM): that u were pretty kewl
UCA (10:36:36 AM): ididnt say a lot
fdsgi7 (10:36:40 AM): just expericened
UCA (10:36:43 AM): uhhuh
UCA (10:36:54 AM): and oldr so that no1 my age would find out
fdsgi7 (10:37:04 AM): for sure
UCA (10:37:09 AM): she was kewl with that sicne she has done the same thing b4
fdsgi7 (10:37:27 AM): when can u?
UCA (10:37:56 AM): she is gone till mon...but will be back on tues next week...
fdsgi7 (10:38:14 AM): k, lets try then
UCA (10:38:23 AM): sweet
fdsgi7 (10:38:43 AM): if u want
UCA (10:38:46 AM): do u
fdsgi7 (10:39:00 AM): i do.do u?
UCA (10:39:19 AM): i do...if i didnt...i wouldnt of told kel
fdsgi7 (10:39:28 AM): k
fdsgi7 (10:40:01 AM): whats up today?
UCA (10:40:17 AM): nuttin much
UCA (10:40:24 AM): gonna work on my tan
fdsgi7 (10:40:35 AM): nice where at I'll peek
UCA (10:40:43 AM): i gotta get rid of my soccer leg lines
UCA (10:40:55 AM):
fdsgi7 (10:41:05 AM): where do u lay out?
UCA (10:41:13 AM): home or my friends
fdsgi7 (10:41:30 AM): ever do it nude?
UCA (10:41:38 AM): uuuuh no
UCA (10:41:41 AM): u
fdsgi7 (10:41:44 AM): i have
fdsgi7 (10:41:51 AM): feels warm
UCA (10:42:04 AM): i don't no how id explain the burn 2 mom
fdsgi7 (10:42:27 AM): you need someone on top of u.
UCA (10:42:30 AM): i don't think she would like it lol
UCA (10:42:38 AM): hmmmm wonder who
fdsgi7 (10:42:57 AM): yes i wounder
UCA (10:43:13 AM): any ideas lol
fdsgi7 (10:43:47 AM): yeah i have 1
UCA (10:43:52 AM): and
fdsgi7 (10:43:58 AM): me
fdsgi7 (10:44:05 AM): showing you

UCA (10:44:28 AM):
UCA (10:44:41 AM): so i went 2 the max site
fdsgi7 (10:44:50 AM): cool
UCA (10:44:55 AM): on the internet
fdsgi7 (10:45:05 AM): not far away
UCA (10:45:44 AM): i get on the sunset and can take it eithr way....the 1 u said...is that merlo or elmonic a?
fdsgi7 (10:46:11 AM): i think merlo
UCA (10:47:29 AM): so should i go 2 it...or like pge park where i usually go when i get off
fdsgi7 (10:48:26 AM): this one is out your way near walker rd
UCA (10:48:49 AM): so is that merlo then
fdsgi7 (10:49:12 AM): i will have to look it up and see? i just know where it is
UCA (10:49:27 AM): k
fdsgi7 (10:49:54 AM): what do you type to get to it on the net?
UCA (10:50:22 AM): what the max
UCA (10:50:29 AM): i go 2 trimet
fdsgi7 (10:50:30 AM): yeah
fdsgi7 (10:51:20 AM): k I'll see
UCA (10:51:30 AM): its www.trimet.org i think
fdsgi7 (10:52:17 AM): yeah thats it\
UCA (10:52:50 AM): merlo u mean
fdsgi7 (10:52:55 AM): yeah
UCA (10:52:59 AM): k
fdsgi7 (10:53:21 AM): cool
fdsgi7 (10:53:49 AM): hey gotta run B back
UCA (10:53:57 AM): k ttyl
fdsgi7 (10:54:05 AM): u2
UCA (11:29:21 AM): hey i gotta get...ill b on l8r cya

On August 14, 2005, at approximately 8:50am, affiant was logged on Yahoo! posing as a 14-year old female, from Portland, Oregon. When she logged on, there was one offline instant message from Fdsgi7 that was sent on August 12, 2005. Affiant replied to this offline instant message. The following is a verbatim transcript of the instant message conversation on August 12, 2005:

fdsgi7 (10:29:55 AM): gm

The following is a verbatim transcript of the offline reply instant message conversation on August 14, 2005:

UCA (8:53:07 AM): hey i missed u the othr day...im gonna b on this morn 4 a bit

b4 i tan...

On August 26, 2005, at approximately 10:32am, affiant was logged on Yahoo! posing as a 14-year old female, from Portland, Oregon. When she logged on, there was one offline instant message from Fdsgi7 that was sent on August 26, 2005, at 9:42 am. Affiant replied to this offline instant message. The following is a verbatim transcript of the subsequent instant message conversation on August 26, 2005:

```
fdsgi7 (9:42:33 AM): gm
fdsgi7 (9:43:02 AM): i am here, your not? will we ever hook up?
UCA (10:33:10 AM): omg...here we go again...im here and ur not...
fdsgi7 (11:27:54 AM): i am now
UCA (11:28:11 AM): hey i cant beleive this
UCA (11:28:12 AM): lol
fdsgi7 (11:28:18 AM): me eather
UCA (11:28:27 AM): i figured u disapeared
fdsgi7 (11:28:39 AM): nope busy but here.lol
fdsgi7 (11:28:56 AM): i figured you are seeing some eles
UCA (11:29:00 AM):
fdsgi7 (11:29:03 AM): someone eles
UCA (11:29:04 AM): nope
fdsgi7 (11:29:04 AM): lol
fdsgi7 (11:29:21 AM): i know your itching to see someone
UCA (11:29:23 AM): how bout u
UCA (11:29:41 AM): i no i hav thought bout it
fdsgi7 (11:29:49 AM): well i do see others
UCA (11:29:55 AM): gfs
fdsgi7 (11:30:04 AM): sorta
UCA (11:30:13 AM):
fdsgi7 (11:30:15 AM): sex partner
UCA (11:30:23 AM): huh
fdsgi7 (11:30:44 AM): she likes what i give her..
UCA (11:30:52 AM): k
fdsgi7 (11:30:57 AM): nothing serious relationship wise
UCA (11:31:10 AM): k
fdsgi7 (11:31:33 AM): your not looking for serious just s..
UCA (11:31:47 AM): i dont no what 2 say
fdsgi7 (11:32:00 AM): i know
UCA (11:32:13 AM): mayb i should just go away
fdsgi7 (11:32:37 AM): no you don't have to
fdsgi7 (11:32:59 AM): i would like to teach you
UCA (11:33:31 AM): this is like really uhhhm i dont no what its like
```

fdsgi7 (11:33:49 AM): i hear ya
UCA (11:34:12 AM): if u like hav a gf....
fdsgi7 (11:34:29 AM): not a g/f just dating
UCA (11:34:44 AM): dating gf...its like the same isnt it???
fdsgi7 (11:34:55 AM): she see's others
fdsgi7 (11:35:05 AM): we just hook up
UCA (11:35:27 AM): that like really doesnt make me feel all that gr8
fdsgi7 (11:36:09 AM): sorry .thought i would teach you what its about and how it feels.
UCA (11:36:34 AM): i no but i didnt think it was gonna like involve othr people
fdsgi7 (11:36:45 AM): it won't
fdsgi7 (11:36:50 AM): just me and u
UCA (11:36:51 AM): like u having a gf
fdsgi7 (11:37:15 AM): i am not ready for a g/f
fdsgi7 (11:37:24 AM): just dating
UCA (11:37:34 AM): so what am i gonna b
fdsgi7 (11:37:46 AM): what do want to be?
UCA (11:38:23 AM): i dont no...its just not how i thought it was gonna b on my first time
fdsgi7 (11:38:36 AM): ic,
UCA (11:38:53 AM): like it doesnt really mean anything 2 u...but 2 me it does
UCA (11:39:15 AM): does that make any sense???or am i just confusin u
fdsgi7 (11:39:29 AM): it dose,
UCA (11:39:39 AM): mayb i shouldnt b doin this
fdsgi7 (11:39:39 AM): maybe u need a b/f to try it with?
UCA (11:40:20 AM): i am so confused i dont no what 2 say
fdsgi7 (11:40:20 AM): i am not looking for a g/f..
UCA (11:40:25 AM): k
fdsgi7 (11:40:42 AM): if u want to try i can/ your call?
UCA (11:41:01 AM): hmmmm
UCA (11:41:31 AM): what do u want
fdsgi7 (11:41:45 AM): to please you
UCA (11:41:52 AM): i like that
fdsgi7 (11:42:14 AM): what are u doing now?
UCA (11:43:00 AM): chattin with u then i gotta help my mom get ready 4 the coast...shes helpin on a run from mt hood 2 the coast and i gotta go with her
fdsgi7 (11:43:10 AM): ic
UCA (11:43:18 AM): shes like drivin 4 a bunch of runners
fdsgi7 (11:43:22 AM): cool
UCA (11:43:23 AM): sounds borin 2 me
fdsgi7 (11:43:29 AM): it will be
UCA (11:43:51 AM): i gotta sit in the van 4 like hours
fdsgi7 (11:43:59 AM): that sucks
UCA (11:43:59 AM): with smelly sweaty guys lol
fdsgi7 (11:44:04 AM): yeck
UCA (11:44:06 AM): and my mom

UCA (11:44:08 AM): yuck
fdsgi7 (11:44:18 AM): sorry for u
UCA (11:44:29 AM): ty
fdsgi7 (11:44:44 AM): now if she would just let u stay home, what fun we could have
UCA (11:45:20 AM): that would make it much easir then havin 2 deal with kelly...but she said that shell cover 4 me
fdsgi7 (11:45:39 AM): cool
UCA (11:45:47 AM): what r u doin this weeknd
fdsgi7 (11:45:58 AM): not sure yet
fdsgi7 (11:46:27 AM): think about going to the coast
UCA (11:46:52 AM): sweet
fdsgi7 (11:47:00 AM): will see
UCA (11:47:09 AM): r u gonna b on next week
fdsgi7 (11:47:15 AM): yes i will
UCA (11:47:17 AM):
fdsgi7 (11:47:19 AM): will u?
UCA (11:47:25 AM): uhhuh
UCA (11:47:42 AM): i dont hav much goin on othr than pickin up some stuff 4 school
fdsgi7 (11:47:56 AM): maybe next week we can hook up?
UCA (11:48:09 AM):
UCA (11:48:36 AM): i no that kels gonna b around as i was gonna stay ovr with her 1 night
fdsgi7 (11:48:46 AM): cool
UCA (11:48:49 AM): we talkd bout it yestrday
fdsgi7 (11:49:04 AM): nice ,let me know when
UCA (11:49:05 AM): we wantd 2 do it 2night but im not gonna b here
UCA (11:49:26 AM): k
fdsgi7 (11:49:29 AM): i want to make out with you and touch you
UCA (11:49:35 AM):
fdsgi7 (11:50:02 AM): let you feel what it like to have a guy all over you
UCA (11:50:13 AM):
fdsgi7 (11:50:22 AM): and u all over me
UCA (11:50:30 AM): sweet
fdsgi7 (11:50:47 AM): ahow u how to ride and what ever
UCA (11:50:56 AM): ride?
fdsgi7 (11:51:01 AM): show u
UCA (11:51:05 AM): huh
fdsgi7 (11:51:21 AM): i'll have to show u
UCA (11:51:25 AM): so r we gonna do like we talkd b4
fdsgi7 (11:51:32 AM): yes
fdsgi7 (11:51:39 AM): if u stll want
fdsgi7 (11:51:44 AM): still
UCA (11:51:44 AM): uhhuh
UCA (11:52:19 AM): i thought bout it and i want 2...we just gotta go slow cuz i dont wanna hav it hurt
fdsgi7 (11:52:33 AM): ok

fdsgi7 (11:52:37 AM): very slow
UCA (11:52:39 AM): k
UCA (11:53:14 AM): protection...u will have cuz i dont want 2 get pg
fdsgi7 (11:53:20 AM): ok
fdsgi7 (11:53:49 AM): i have to make sure you are very wet before trying
UCA (11:54:18 AM): k i dont think thats gonna b a prob lol...so what day r we gonna do it
fdsgi7 (11:54:40 AM): u tell me?
UCA (11:56:03 AM): so should i try 2 do it when i stay over with kel or do u want 2 meet during the day
fdsgi7 (11:56:19 AM): the day is better
UCA (11:57:13 AM): k i still hav 2 work out the details with kel cuz she has 2 cover 4 me
fdsgi7 (11:57:29 AM): ok let me know next week,
fdsgi7 (11:57:44 AM): time for lunch,
fdsgi7 (11:58:01 AM): sure would like to have you for lunch
UCA (11:58:09 AM): k im gonna take off 2...
UCA (11:58:10 AM):
fdsgi7 (11:58:17 AM): k bye sweety
UCA (11:58:41 AM): i cant wait 2 im with u on monday...ill talk 2 kel and let u no
fdsgi7 (11:58:50 AM): ok
fdsgi7 (11:58:55 AM): have a nice weekend
UCA (11:59:06 AM): i hav buttrflies in my tummy
fdsgi7 (11:59:17 AM): love that feeling
UCA (11:59:20 AM): me 2
fdsgi7 (11:59:35 AM): and u will like the other feeling
fdsgi7 (11:59:52 AM): bye
UCA (11:59:57 AM): bye
UCA (12:00:08 PM): xxoxo
fdsgi7 (12:00:15 PM): xxooo
fdsgi7 (12:00:26 PM): and this one
fdsgi7 (12:00:48 PM): my tongue all over u
UCA (12:00:53 PM): sweet
fdsgi7 (12:01:23 PM): u like to tingle all over?
UCA (12:01:29 PM): i am tingling now
UCA (12:01:34 PM): do u get that way 2
fdsgi7 (12:01:47 PM): i do when inside
UCA (12:01:53 PM): huh
fdsgi7 (12:02:05 PM): when i have it inside you
UCA (12:02:23 PM):
fdsgi7 (12:02:40 PM): and when i lick you
UCA (12:02:47 PM):
fdsgi7 (12:03:03 PM): you will tingle when i do that
UCA (12:03:26 PM): i luv tingling
fdsgi7 (12:03:39 PM): you may just want that/
fdsgi7 (12:04:15 PM): ok lunch time i'm getting horny now

UCA (12:04:21 PM): ur so funny
fdsgi7 (12:04:34 PM): have to wait to get up
UCA (12:04:44 PM): huh
fdsgi7 (12:05:02 PM): i am hard , bulde in my pants
fdsgi7 (12:05:10 PM): buldge
UCA (12:05:17 PM):
fdsgi7 (12:05:34 PM): wanna see
UCA (12:05:44 PM): yea ovr the interent
UCA (12:05:56 PM):
fdsgi7 (12:06:03 PM): if i had a cam
UCA (12:06:25 PM): do u like devil cuz thats how im feeling now
UCA (12:06:29 PM): lol
fdsgi7 (12:06:32 PM): oh yeah
UCA (12:06:40 PM): i bettr not let mom c this stuff
fdsgi7 (12:06:46 PM): no way
fdsgi7 (12:06:56 PM): ok talk monday morn
UCA (12:06:57 PM): i no
UCA (12:07:04 PM): sweet
UCA (12:07:09 PM): bye
UCA (12:07:15 PM): ttyl xoxoxoxxooxoxoxoxo
fdsgi7 (12:07:35 PM): u2 xxxxxooooo
UCA (12:07:41 PM): ciao
fdsgi7 (12:07:46 PM): bye
UCA (12:07:51 PM): xo
fdsgi7 (12:08:02 PM): ox
fdsgi7 (12:08:06 PM): 69
UCA (12:08:30 PM): o u r really bad lol
fdsgi7 (12:08:37 PM): i am
UCA (12:08:40 PM):
fdsgi7 (12:08:44 PM): 69 69 69
UCA (12:08:51 PM): xoxoxo
UCA (12:09:17 PM): i gtg moms yellin
fdsgi7 (12:09:28 PM): ok bye sarah

On August 30, 2005, at approximately 10:32am, affiant was logged on Yahoo! posing

as a 14-year old female, from Portland, Oregon. The following is a verbatim transcript of the

subsequent instant message conversation on August 30, 2005:

fdsgi7 (9:11:07 AM): gm
fdsgi7 (9:11:40 AM): did'nt hear from ya yesterday!
UCA (10:28:11 AM): hey
UCA (10:28:24 AM): i was on and off most of the day and lastnight 2
fdsgi7 (10:28:31 AM): ic
UCA (10:28:34 AM): ur on

fdsgi7 (10:28:42 AM): right now
UCA (10:28:49 AM): sup
fdsgi7 (10:29:10 AM): just hangin at work
UCA (10:29:36 AM): i was hopin 2 tan some yesterday...but that didnt work lol
fdsgi7 (10:29:48 AM): i'll watch
UCA (10:29:57 AM):
fdsgi7 (10:30:33 AM): show me the tan lines
UCA (10:30:46 AM): k...there lookin bettr now
UCA (10:30:59 AM): i got rid of my socks on my legs lol
UCA (10:31:16 AM): that run i was tellin u bout was a blast
UCA (10:31:39 AM): there were tons of people runnin
fdsgi7 (10:31:40 AM): u thoght it was going to be so boring
UCA (10:31:46 AM): i no i was wrong
UCA (10:31:52 AM): first time evr
fdsgi7 (10:32:35 AM): what did u do?
UCA (10:33:15 AM): i didntdo alot other than fetch stuff 4 people and write down

times

fdsgi7 (10:33:27 AM): see cute guys?
UCA (10:33:35 AM): and girls lol
fdsgi7 (10:33:43 AM): cute girls too
fdsgi7 (10:34:00 AM): u like girls too
UCA (10:34:04 AM): yep not as cute as me but...
UCA (10:34:17 AM): not like that
UCA (10:34:21 AM): ur bad
fdsgi7 (10:34:39 AM): well like to see that sometime in my life
UCA (10:34:50 AM): k
UCA (10:35:35 AM): what did u do last weekdn
fdsgi7 (10:35:43 AM): its whats on the inside. warmth of heart and body
UCA (10:35:52 AM): uhhuh
fdsgi7 (10:36:39 AM): just hugout with a friend
UCA (10:37:11 AM): k
UCA (10:37:23 AM): kinda borin
fdsgi7 (10:37:42 AM): well we made out
UCA (10:38:05 AM): o
fdsgi7 (10:38:19 AM): had a date
UCA (10:38:38 AM): ur gf
fdsgi7 (10:38:49 AM): not g/f
UCA (10:38:54 AM): k
fdsgi7 (10:39:10 AM): just a friend with needs
UCA (10:39:36 AM): k
fdsgi7 (10:39:42 AM): like u
fdsgi7 (10:39:52 AM):
UCA (10:40:04 AM):
fdsgi7 (10:40:40 AM):
fdsgi7 (10:40:47 AM): kisses and licks
UCA (10:40:50 AM): so im still ur friend

UCA (10:40:55 AM): xoxxo
fdsgi7 (10:41:03 AM): why yes u are
UCA (10:41:06 AM):
UCA (10:41:36 AM): that makes me feel good
fdsgi7 (10:41:47 AM): nice
UCA (10:41:56 AM):
fdsgi7 (10:42:04 AM):
UCA (10:42:19 AM): its kinda like a happy face day lol
fdsgi7 (10:42:27 AM): yes
UCA (10:42:32 AM): im happy that ur on
fdsgi7 (10:42:36 AM):
fdsgi7 (10:42:39 AM): awww
UCA (10:42:48 AM): i am
UCA (10:43:11 AM): so u must b workin hard lol
fdsgi7 (10:43:19 AM): on you.lol
UCA (10:43:39 AM): i am gonna get a job some day where i can chat...sweet
UCA (10:43:47 AM): u workin on me
UCA (10:44:00 AM): 4 what
fdsgi7 (10:44:17 AM): for hooking up having fun
fdsgi7 (10:44:31 AM): making out ect..
UCA (10:44:34 AM): its workin
fdsgi7 (10:44:49 AM): mom home?
UCA (10:45:23 AM): yea...but thats not a prob
fdsgi7 (10:45:31 AM): cool
UCA (10:45:39 AM): i dont hav 2 watch my little bro 2day
fdsgi7 (10:45:52 AM): so what can u do today?
UCA (10:46:23 AM): i got it covered with kel...
fdsgi7 (10:46:33 AM): today?
UCA (10:46:39 AM): uhhuh
fdsgi7 (10:46:57 AM): when?
UCA (10:47:22 AM): i dunno...i juist gotta tell her the schedule
UCA (10:47:38 AM): like when i go and get back
fdsgi7 (10:48:15 AM): how about 11:30
UCA (10:48:50 AM): its like close 2 that now and i gotta get 2 the max
fdsgi7 (10:49:00 AM): 12
UCA (10:49:19 AM): so where would i meet u at
fdsgi7 (10:49:52 AM): what are u close to?
UCA (10:50:31 AM): i get on the sunset...i could go 2 like lloyd center
fdsgi7 (10:51:06 AM): ok
fdsgi7 (10:51:30 AM): meeet me at sears in the back
fdsgi7 (10:51:45 AM): i'll park there
UCA (10:51:46 AM): in the store???
fdsgi7 (10:52:46 AM): on the side walk before going inside
UCA (10:52:50 AM): is that in the garage or outside?????
fdsgi7 (10:52:57 AM): what will u be wearing?
fdsgi7 (10:53:04 AM): outside

UCA (10:53:38 AM): i dont wanna runn in2 any1...would it b bettr if i met u in the lot???

fdsgi7 (10:53:56 AM): sure

UCA (10:54:18 AM): what kinda car r u gonna b in

fdsgi7 (10:55:09 AM): nissan

fdsgi7 (10:55:27 AM): hera is what we can do

fdsgi7 (10:55:46 AM): when i see u i'll honk and u will know its me

fdsgi7 (10:55:58 AM): then u can walk to the car

fdsgi7 (10:56:16 AM): or i'll walk to u

UCA (10:56:32 AM): i gotta check the max schedule...brb

fdsgi7 (10:56:37 AM): k

UCA (11:00:44 AM): k the red line has an 1127 and a 1143 from sunset that gets in at round noon and 1220

UCA (11:00:58 AM): so what time can i tell kell that ill b back

fdsgi7 (11:01:24 AM): about 2

UCA (11:01:47 AM): k

fdsgi7 (11:01:57 AM): what will u be wearing?

UCA (11:02:23 AM): ill wear a red lincoln sweatshirt and shorts

UCA (11:02:39 AM): what color is ur car

fdsgi7 (11:02:46 AM): maroon

UCA (11:02:48 AM): is the lot big

fdsgi7 (11:03:09 AM): its on the very end east end

UCA (11:03:47 AM): i dont no my directions very good...is it the 1 closest 2 the stop

fdsgi7 (11:04:13 AM): i think? not sure

fdsgi7 (11:04:57 AM): if you see the sears sign which is at one end of the mall

UCA (11:05:07 AM): k

fdsgi7 (11:05:18 AM): just keep heading thatway

fdsgi7 (11:05:32 AM): thats east

UCA (11:05:48 AM): and thats the outside lot...not the 1 in the garage

fdsgi7 (11:06:23 AM): when u get off max its on the right i belive

fdsgi7 (11:06:31 AM): right

UCA (11:06:46 AM): so im gonna b there sometime between noon and like 1215-1230

fdsgi7 (11:06:56 AM): ok

UCA (11:07:14 AM): this is exciting

UCA (11:07:27 AM): my heart is racin lol

fdsgi7 (11:07:42 AM): mine to

UCA (11:08:08 AM): so where r we gonna go

fdsgi7 (11:09:02 AM): we could go park somewear like a park

UCA (11:09:41 AM): k is it gonna b where no1 can c

fdsgi7 (11:09:49 AM): for sure

UCA (11:10:15 AM): i cant let any1 c me cuz if my mom found out...

fdsgi7 (11:10:22 AM): same here

UCA (11:10:42 AM): can u get some wine coolers??

fdsgi7 (11:11:04 AM): sure

fdsgi7 (11:11:07 AM): we can

UCA (11:11:11 AM): sweet
UCA (11:11:57 AM): dontt forget i dont wanna get pg
fdsgi7 (11:12:07 AM): ok
UCA (11:12:26 AM): i gotta get so i catch the max and tell kel the schedule
fdsgi7 (11:12:39 AM): ok see you in a while
UCA (11:12:49 AM): k xoxoxo
UCA (11:12:51 AM):
fdsgi7 (11:12:54 AM):
fdsgi7 (11:12:57 AM):
UCA (11:13:06 AM): i cant wait
fdsgi7 (11:13:09 AM): bye
UCA (11:13:16 AM): ciao

Information obtained pursuant to an Administrative Subpoena served at Yahoo!, indicated that the Yahoo! login screen name of "Fdsgi7" is an active account. The records list an alternate Email address of tim.thayne@adidasus.com. The registration for this Yahoo! user name, and all subsequent account accesses from June 29, 2005 through July 19, 2005, were from IP address 209.63.106.121. A domain name search of IP address 209.63.106.121 revealed that the IP address was assigned to Adidas America, 5055 North Greeley Avenue, Portland, Oregon

Affiant has viewed records provided by the Oregon Department of Motor Vehicles, which show that Timothy Thayne, date of birth of January 17, 1959, was issued Oregon Drivers License number 9272003 on December 16, 2004, and resides at 17758 NW Solano Court, Portland, Oregon 97229. Vehicles registered to Thayne include a 1993 Mercury Sable, Oregon license VPD213, 2004 Chevy Tahoe, Oregon license YAA609, 2005 Nissan Murano, Oregon license 071BUF and a 2002 Fleetwood Terry mobile home trailer.

On August 30, 2005, at 12:00 noon, Thayne was observed in the drivers seat of a 2005 maroon, Nissan Murano, Oregon License 071BUF. The vehicle was parked in the East parking lot of the Sears at Lloyd Center. Affiant and other agents waited for three Max trains to go by and at 12:20PM, Thayne was placed under arrest. When arrested and confronted, Thayne stated it was all a coincidence, that he was there to smoke pot, which he did have on his possession, but

had not lit up. He said he was waiting for it to be clear. His wedding ring was found in his pants coin pocket by affiant. Thayne quickly put his wedding ring on after it was discovered. Affiant has viewed a Oregon Department of Motor Vehicles photograph of Timothy Thayne and found it to be the same individual who was arrested.

Based upon the above information and your affiant's experience, your affiant respectfully submits that there is probable cause to believe that Timothy THAYNE has committed a violation of Title 18, United States Code, Section 2422(b), in that he has used a facility of interstate commerce to attempt to or to knowingly persuade, induce, entice or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

This affidavit has been reviewed and approved for presentation by Assistant United States Attorney Gregory Nyhus.

Joel D. Brillhart
FBI - Special Agent

Sworn to me and subscribed in my presence on this 31 day of August, 2005.

United States Magistrate Judge

**Donald C. Ashmanskas
U.S. Magistrate Judge**